Form ntcdsm

# UNITED STATES BANKRUPTCY COURT

Southern District of Alabama

Case No.: 20–20286
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Clara Green
 aka Clara Ingram Green, aka Clara Ingram
 533 Covered Bridge Pkwy
 Apt D
 Prattville, AL 36066

Social Security / Individual Taxpayer ID No.:
 xxx–xx–4084

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on 2/18/22.

Dated: 2/18/22

*Andrea D. Redman*
**CLERK, U.S. BANKRUPTCY COURT**
DBT
Deputy Clerk Initials